HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Branch Chief, Fresno Office
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-po-00252 JDP |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| | ) **APPOINTING COUNSEL** |
| vs. | ) |
| | ) Date: 9/10/19 |
| KALOLAINE M. LAVAKA, | ) Time: 10:00 a.m. |
| | ) Place: YNP |
| Defendant. | ) Judge: Hon. Jeremy D. Peterson |

Defendant, Kalolaine Lavaka, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel. Our office has a conflict.

Defendant submits the attached Financial Affidavit as evidence of her inability to retain counsel. Defendant is charged by citation with disorderly conduct in violation of 36 C.F.R. § 2.34(a)(1). Defendant is now scheduled to make her initial appearance in Yosemite on September 10, 2019 at 10:00 a.m. before the Honorable Jeremy D. Peterson, United States Magistrate Judge. Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that counsel be promptly appointed in light of, and in preparation for, her upcoming court appearance.

DATED: August 23, 2019                    */s/ Charles J. Lee*
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retained counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**August 23, 2019**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE